
# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 13-41306** |
| **KENNETH J. SAMANSKY** § | | |
| § | | |
| **Debtor(s)** § | | **CHAPTER 13** |

### AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM NUMBER 8-1 OF BANK OF AMERICA, N.A.
(This Order resolves Docket #26)

CAME FOR CONSIDERATION, the Debtor's Objection to Allowance of Claim Number 8-1 (hereinafter "Objection:") of Bank of America, N.A., and the Court, based upon the stipulations of the parties, finds that the following agreement should be granted, it is therefore:

ORDERED that Bank of America, N.A. is ALLOWED a pre-petition arrearage claim of $15,412.23 to be paid at 0.00% interest as of June 6, 2014. Bank of America, N.A. is entitled to retain interest paid on the pre-petition arrearage claim prior to entry of this Order in the amount of $467.94.

ORDERED that the annual fixed interest rate of 6.12500% will continue to accrue on the post-petition mortgage payments pursuant to the terms of the duly endorsed Note and Deed of Trust unless otherwise agreed upon.

Signed on 06/10/2014

*Brenda T. Rhoades*   SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| /s/ Diane Barron-Carter | /s/ Chelsea Schneider |
| Diane Barron-Carter | Chelsea Schneider |
| 660 North Central Exwy | State Bar No.: 24079820 |
| Suite 101 | 14160 N. Dallas Pkwy Suite 900 |
| Plano, TX 75074 | Dallas, TX 75254 |
| Phone: (972) 422-9377 | Phone: (214) 635-2650 |
| Fax: (972) 578-9707 | Fax: (214) 635-2686 |
| Email: dsbarron@rbarronlaw.com | Email: cschneider@mwzmlaw.com |
| ATTORNEY FOR DEBTOR | ATTORNEY FOR CREDITOR |