IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
 §
KENNETH J. SAMANSKY § CASE NO.13-41306
xxx-xx-8594 § CHAPTER 13
3001 N. Trinity §
Denton, TX 76208 §
 §
 §
 §
DEBTOR §
 §
 §

**<u>DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f)</u>**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN THIRTEEN (13) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. THE COURT WILL THEREAFTER SET A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Kenneth J. Samansky, Debtor, by and through his attorney for record, Robert E. Barron of Barron and Barron, LLP and files this Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and respectfully represent to this Court the following:

1. The Debtor filed this Chapter 13 case on May 22, 2013.

2. The Debtor's Chapter 13 Plan was confirmed on August 28, 2013..

3. The Debtor is current in his Chapter 13 Plan payments.

4. The Debtor desires to sell his homestead located at 3001 N. Trinity Road N., Denton,

Texas 76208.  Debtor's schedules claimed his property as exempt under 11 U.S.C. § 522(d)(1) and valued same at $152,740.00.

    5.  The proposed purchasers of the property are:  James J. Travell, Sr. and Marie A. Travell

    6.  The proposed purchase price is $157,500.00.  The estimated closing cost are the usual and customary closing costs including real estate commissions.

    7.  The following parties claim an interest in the referenced property:

        a.    Bank of America, N.A
            Mackie Wolf Zientz & Mann, P.C.
            14160 North Dallas Parkway, Suite 900
            Dallas, TX 75254
            Interest:  1st Lien - PMSI
            Amount: $134,000.00

        b.    Denton County
            P.O. Box 90223
            Denton, Texas 76202-5223
            Interest:  Property Taxes

    8.  Debtor desires this property to be sold and the net proceeds paid over to Kenneth J. Samansky.

DATED:  June 13, 2014

                                    Respectfully submitted,

                                    BARRON & BARRON, L.L.P
                                    P. O. BOX 1347
                                    NEDERLAND, TEXAS 77627
                                    (409) 727-0073


                                    BY: /s/ Robert E. Barron
                                       ROBERT E. BARRON
                                       TBA NO. 01820800

                                  ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2014, a true and correct copy of the foregoing Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) shall be served via electronic means, if available, otherwise by regular, first class mail, to the following and the attached mailing matrix:

Bank of America, N.A.
 Chelsea Marie Schneider
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

 Stephen Wu
Mackie, Wolf, Zientz and Mann
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

Michael Zientz
Mackie Wolf & Zientz, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, TX 75254

Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166


 Kenneth J. Samansky
P.O. Box 1551
Denton, TX 76202

 Toyota Motor Credit Corporation
 Stephen G. Wilcox
Bassel & Wilcox P.L.L.C.
P.O. Box 11509
Fort Worth, TX 76110-0509

Denton County

P.O. Box 90223

Denton, Texas 76202-5223

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

/s/ Robert E. Barrron

ROBERT E. BARRON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-41306<br>Eastern District of Texas<br>Sherman<br>Fri Jun 13 16:21:26 CDT 2014 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090-2036 | AT & T<br>c/o AFNI, Inc.<br>POB 3517<br>Bloomington, IL 61702-3517 |
| Ace Cash<br>8010 Spring Valley Road<br>Dallas, TX 75240-3848 | Affiliated Pathologists<br>POB 1867<br>Denton, TX 76202-1867 | Affiliated Pathologists<br>c/o Credit Systems<br>POB 1088<br>Arlington, TX 76004-1088 |
| Asset Acceptance<br>POB 1630<br>Warren, MI 48090-1630 | Atmos Energy<br>P.O. Box 790311<br>Saint Louis, MO 63179-0311 | Bank of America<br>7105 Corporate Dr.<br>Plano, TX 75024-4100 |
| Bank of America, N.A.<br>4500 PARK GRANADA<br>CALABASAS, CA 91302-1613 | Bankcard Services<br>POB 4477<br>Beaverton, OR 97076-4401 | Robert E. Barron<br>P.O. Box 1347<br>Nederland, TX 77627-1347 |
| Barron & Barron, LLP<br>P.O. Box 1347<br>Nederland, Texas 77627-1347 | Baylor Medical Center<br>5601 Warren Pkwy.<br>Frisco, TX 75034-4069 | Baylor Medical Center<br>c/o MNET Financial<br>95 Argonaut #280<br>Aliso Viejo, CA 92656-4140 |
| Baylor Medical Ctr<br>PO Box 951970<br>Dallas, TX 75395-1970 | Baylor Medical Ctr.<br>c/o DRS Collections<br>800 E. Campbell #399<br>Richardson, TX 75081-1862 | Baylor Medical-Carrollton<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Big D Lumber<br>301 S. Interurban St.<br>Richardson, TX 75081-4183 | Bluegreen Corp<br>4960 Conference Way<br>Boca Raton, FL 33431-4413 | COSERV<br>C/O Credit Systems Intl.<br>1277 Country Club Ln.<br>Fort Worth, TX 76112-2304 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Central Financial Control<br>PO Box 66051<br>Anaheim, CA 92816-6051 |
| Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | Chase<br>c/o Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 | Chase<br>c/o Northstat Location Services<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 |
| Citi Shell<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank<br>c/o FCF Services<br>PO Box 5629<br>Clearwater, FL 33758-5629 | Citifinancial<br>605 Mann Road<br>Fort Mill, SC 29715-8421 |

Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

Janna Countryman3
PO Box 941166
Plano, TX 75094-1166

Credit Protection
13355 Noel Rd. 21st Floor
Dallas, TX 75240-6837


(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover
c/o Capital Mgmt
726 Exchange St. #700
Buffalo, NY 14210-1464

EZ Shop #5
10550 Walnut St.
Dallas, TX 75243-5346


Enhanced Recovery
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

First Convenience Bank
POB 937
Killeen, TX 76540-0937

Floors Unlimited
10771 Estate Ln.
Dallas, TX 75238-2338


HSBC
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC
c/o Regent & Assoc.
2650 Fountain View Dr.
Houston, TX 77057-7631

Home Depot
c/o LTD Fiancial
7322 Southwest Fwy Ste 1
Houston, TX 77074-2010


Home Pro
1325 Capital Pkwy. Ste 117
Carrollton, TX 75006-3645

Hyphen Solutions
c/o Virtuoso Sourcing Group
3033 S. Parker Rd. Ste. 1000
Aurora, CO 80014-2919

IRS
P O Box 7346
Philadelphia, PA  19101-7346


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jefferson Capital Systems
16 McLeland
Saint Cloud, MN 56303-2160

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999


Joseph Fletchor MD
3327 Colorado Blvd. #100
Denton, TX 76210-6866

Joseph Fletchor MD
c/o DIF Services
PO Box 29818
Dallas, TX 75229-0818

Kwal Paint
6300 Independence Pkwy #E
Plano, TX 75023-4021


Laboratory Corp of America
POB 2240
Burlington, NC 27216-2240

Maryland National Bank
225 N. Calvert St.
Baltimore, MD 21202-3504

Maxima Construction
po Box 978
Allen, TX 75013-0016


Medical Center of Lewisville
c/o Financial Corp of America
PO Box 203500
Austin, TX 78720-3500

Medical Imaging of Dallas
POB 814129
Dallas, TX 75381-4129

NTTA
P.O. Box 660244
Dallas, TX 75266-0244


Northern Resolution
P.O. Box 566
Amherst, NY 14226-0566

Pittsburg Paint
5500 Corporate Dr.
Pittsburgh, PA 15237-5848

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Kenneth J. Samansky<br>P.O. Box 1551<br>Denton, TX 76202-1551 | Sandra Owen<br>5532 Big River Dr.<br>The Colony, TX 75056-3778 | Chelsea Marie Schneider<br>Mackie Wolf Zientz & Mann, P.C.<br>14160 North Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 |
| Service King Frisco<br>8861 West Main St.<br>Frisco, TX 75034-3082 | Southwest Credit Systems<br>4120 International Pkwy. Ste 1100<br>Carrollton, TX 75007-1958 | TXU<br>PO Box 650700<br>Dallas, TX 75265-0700 |
| (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Texas Radiology<br>c/o Synerprise Consulting<br>POB 957<br>Mission, KS 66201-0957 | Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778-0001 |
| Title Max<br>501 N. Interstate 35E Frontage Rd<br>Denton, TX 76206 | Touchstone of Oaktree<br>1435 S. Loop 288 #101<br>Denton, TX 76205-4701 | Touchstone of Oaktree<br>c/o Professional Finance<br>5754 W. 11th Ste 100<br>Greeley, CO 80634-4811 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | Trinity Medical Center<br>c/o Central Financial<br>POB 8309B<br>Birmingham, AL 35218 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney General<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney's Office<br>110 North College Ave., Ste 700<br>Tyler, Texas 75702-0204 | Verizon<br>POB 920041<br>Dallas, TX 75392-0041 | Washington Mutual<br>c/o Equinox Collection<br>5807 S. Garrett Rd. Ste 'L'<br>Tulsa, OK 74146-6824 |
| Wells Fargo<br>c\o Asset Acceptance<br>PO Box 1630<br>Warren, MI 48090-1630 | Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls  SD 57104-0422 | West Asset Management<br>2703 N. Highway 75<br>Sherman, TX 75090-2567 |
| West Asset Management<br>c/o Denton Regional<br>PO Box 740782<br>Cincinnati, OH 45274-0782 | Stephen G. Wilcox<br>Bassel & Wilcox P.L.L.C.<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 | Stephen Wu<br>Mackie, Wolf, Zientz and Mann<br>14160 North Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 |
| Michael Zientz<br>Mackie Wolf & Zientz, P.C.<br>14160 N. Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85520
Richmond, VA 23285

Discover
POB 15316
Wilmington, DE 19850

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TXU Energy
200 W. John Carpenter Fwy.
Irving, TX 75039

(d)TXU Energy
P.O. Box 650638
Dallas, TX 75265

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(d)Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

(u)Toyota Motor Credit Corporation

End of Label Matrix
Mailable recipients    87
Bypassed recipients     3
Total                  90