IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KENNETH J. SAMANSKY | § | CASE NO.13-41306 |
| xxx-xx-8594 | § | CHAPTER 13 |
| 3001 N. Trinity | § | |
| Denton, TX 76208 | § | |
| | § | |
| | § | |
| DEBTOR | § | |

## ORDER GRANTING DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f)

On June 13, 2014, a Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) (the "Motion") was filed by the Debtors in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the shorten notice period of thirteen (13)-day negative notice language, pursuant to the Court's Order, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within thirteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) filed by the Debtor on June 13, 2014 is hereby **GRANTED** so as to authorize the Debtor to sell Lot 56 Block, A0328A W. Dabbs, TR 56 2.75 AC Addition, City of Denton, County of Denton, Texas known as 3001 N. Trinity Road N, 76208 to James J. Travell, Sr. and Marie A. Travell for the purchase price of $157,500.00.

**IT IS FURTHER ORDERED** that liens will attach to the sale proceeds in the same priority such liens have on the property. Ad valorem taxes for prior years will be paid in full from the sale proceeds at closing and liens securing payment of current year ad valorem property taxes shall remain attached to the property to secure payment of all ad valorem taxes assessed on the property for the current tax year and any penalties and interest that may accrue thereon.

**IT IS FURTHER ORDERED** that the title company is authorized to deduct reasonable closing costs and commissions from the proceeds of the sale and the remaining net proceeds shall be disbursed to the Debtor.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 6004(g) shall not be applicable to this Order.