IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

| | | |
|---|---|---|
| KENNETH J. SAMANSKY | § | |
| xxx-xx-8594 | § | CASE NO. 13-41306 |
| 3001 N. TRINITY | § | |
| DENTON, TX 76208 | § | CHAPTER 13 |
| | § | |
| DEBTOR | | |

### ORDER GRANTING APPLICATION TO SHORTEN NOTICE PERIOD FOR DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f) FROM 21 DAYS TO 13 DAYS

ON THIS DATE CAME ON TO BE CONSIDERED the Application to Shorten Notice Period For Debtor's Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and the Court finds that good causes exists for the following:

**IT IS THEREFORE ORDERED** that the Application to Shorten Notice Period For Debtor's Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) is hereby **GRANTED** and the Notice Period for the Debtor's Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) filed on June 13, 2014 is hereby shortened to thirteen (13) days. Parties shall have until July 1, 2014 to file responses to the motion.

IT IS FURTHER ORDERED that a hearing is hereby scheduled for July 2, 2014 at 10:30 a.m. in the Plano Bankruptcy Courtroom.

Signed on 6/16/2014

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE