THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KENNETH J. SAMANSKY | § | CASE NO.   13-41306-R |
| XXX-XX-8594 | § | |
| P.O. BOX 1551 | § | CHAPTER 13 |
| DENTON, TX   76202 | § | |
| | § | |
| DEBTOR | § | |

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f)

COMES NOW JANNA L. COUNTRYMAN, the Standing Chapter 13 Trustee, and files this her OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f) in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. At the time the Debtor filed his case he claimed $18,188.00 as exempt equity for his homestead pursuant to 11 U.S.C. §522(d)(1).

2. Additionally, the Debtor maximized his wildcard exemption pursuant to 11 U.S.C. §522(d)(5) by claiming the amount of $6,012.00 as exempt, including the unused portion of the allowed homestead exemption in effect as of the petition date.

3. The Motion fails to provide that after the deduction of all liens, encumbrances, real property taxes, commissions, and reasonable costs of closing, that any remaining net proceeds which exceed $18,188.00, will be tendered to the chapter 13 Trustee along with a copy of the closing and settlement statement.

4. The Trustee does not otherwise oppose the sale.

WHEREFORE, PREMISES CONSIDERED, Janna L. Countryman, the Standing Chapter 13 Trustee, prays that the Court require net proceeds in excess of $18,188.00 be submitted to the chapter 13 Trustee along with a closing and settlement statement, and for such further relief as is just and equitable.

Respectfully submitted,

/s/ Shelly Terrill
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas   75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f) has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

KENNETH J. SAMANSKY
P.O. BOX 1551
DENTON, TX   76202

BARRON & BARRON, LLP
P. O. BOX 1347
NEDERLAND, TX   77627-1347

MACKIE WOLF ZIENTZ & MANN, P.C.
PARKWAY OFFICE CENTER, SUITE 900
14160 NORTH DALLAS PARKWAY
DALLAS, TX   75254

Dated:   June 18, 2014                            /s/ Shelly Terrill
                                                  Office of the Standing Chapter 13 Trustee