IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41306 |
| **KENNETH J. SAMANSKY** | § | |
| Debtor(s) | § | CHAPTER 13 |

**CREDITOR'S UNOPPOSED RESPONSE TO DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 USC §363(f)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now, BANK OF AMERICA, N.A. (hereinafter "Respondent") its successors and/or assigns, a secured creditor and party in interest in the captioned proceedings, and files the following objection to the Motion (hereinafter "Motion") to Sell Secured Property:

1. Respondent admits to the content contained in paragraphs 1-5 of the Debtors' Motion.

    a. Respondent notes that the Motion does not state the buyer is a good faith purchaser.

2. Respondent is without sufficient knowledge to admit or deny the estimated closing costs are the usual and customary closing costs; therefore, makes a qualified denial of the content contained in paragraph 6.

3. Respondent admits to the content contained in paragraph 7-8.

    a. Respondent requests that the order state Bank of America will be paid in full satisfaction of its lien.

12-004802-570

Date: June 20, 2014                             /s/ Maria M. Bartlett
                                          Name: Maria M. Bartlett
                                          State Bar No.: 24087147
                                          Address: Parkway Office Center, Suite 900
                                          14160 North Dallas Parkway
                                          Dallas, TX 75254
                                          Telephone: (214) 635-2650
                                          Fax: (214) 635-2686
                                          E-mail: mbartlett@mwzmlaw.com

                                          ATTORNEY FOR BANK OF AMERICA, N.A.

12-004802-570

## Certificate of Service

A copy of this statement was served on the persons listed below, in the manner listed below on June 20, 2014.

/s/ Maria M. Bartlett
Maria M. Bartlett

Via Pre-Paid U.S. Mail:
**KENNETH J. SAMANSKY**
P.O. BOX 1551
DENTON, TX 76202
Debtor(s)

Via ECF:
**ROBERT E. BARRON**
P.O. BOX 1347
NEDERLAND, TX 77627
Attorney for Debtor(s)

Via ECF:
**JANNA L. COUNTRYMAN**
P. O. BOX 941166
PLANO, TX 75094-1166
13 Trustee

Via ECF:
**US TRUSTEE**
**OFFICE OF THE U.S. TRUSTEE**
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX 75702

Via ECF:
**DENTON COUNTY**
P.O. BOX 90223
DENTON, TEXAS 76202-5223

12-004802-570