IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
 §
KENNETH J. SAMANSKY § CASE NO.13-41306
xxx-xx-8594 § CHAPTER 13
3001 N. TRINITY §
DENTON, TX 76208 §
 §
 §
 §
 §
 §
DEBTOR(S) §

WITHDRAWAL OF DEBTOR'S DOCUMENT #47

Robert E. Barron, on behalf of KENNETH J. SAMANSKY, Debtor(s) in this case, hereby withdraws their DOCUMENT #47 filed with the Court on or about June 13, 2014.

    Respectfully submitted,

    BARRON & BARRON, L.L.P.
    P. O. BOX 1347
    NEDERLAND, TEXAS 77627
    (409) 727-0073

    BY:   /s/ Robert E. Barron
    ROBERT E. BARRON
    TBA NO. 01820800

    ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing Withdrawal of Debtor's Document #47, has this July 11, 2014, been mailed by electronic means if available to the following listed below. This service complies with Local Rules of Bankruptcy Procedure 9013(e).

**Janna L. Countryman, Trustee**
P.O. Box 941166
Plano, TX 75094-1166

**Kenneth J. Samansky**
P.O. Box 1551
Denton, TX 76202

**Bank of America, N.A.**
c/o Chelsea Marie Schneider
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

**Toyota Motor Credit Corporation**
c/o Stephen G. Wilcox
P.O. Box 11509
Fort Worth, TX 76110-0509

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

                                        /s/ Robert E. Barron
                                        ROBERT E. BARRON