**EOD**

07/11/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

KENNETH J. SAMANSKY
xxx-xx-8594
P.O. Box 1551
Denton, TX 76202

CASE NO.13-41306
CHAPTER 13

DEBTOR(S)

## ORDER GRANTING MOTION FOR APPROVAL OF POST-PETITION ADMINISTRATIVE FEE

The Motion for Approval of Post-Petition Administrative Fee filed herein by Barron and Barron, L.L.P., having been considered on this date, and due notice of said Motion having been given by mail to all interested parties and no objection to same being timely filed, it is

**IT IS THEREFORE ORDERED** that the Motion for Approval of Post-Petition Administrative Fee filed herein by Barron and Barron, L.L.P., be allowed in the amount of $500.00.

**IT IS FURTHER ORDERED** that the fees of $500.00 held in trust shall be disbursed to Barron and Barron, L.L.P.

Signed on 07/11/2014

_Brenda T. Rhoades_    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE