

EOD
07/11/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

KENNETH J. SAMANSKY
xxx-xx-8594
P.O. Box 1551
Denton, TX 76202

CASE NO.13-41306
CHAPTER 13

DEBTOR(S)

## ORDER GRANTING MOTION FOR APPROVAL OF POST-PETITION ADMINISTRATIVE FEE

The Motion for Approval of Post-Petition Administrative Fee filed herein by Barron and Barron, L.L.P., having been considered on this date, and due notice of said Motion having been given by mail to all interested parties and no objection to same being timely filed, it is

**IT IS THEREFORE ORDERED** that the Motion for Approval of Post-Petition Administrative Fee filed herein by Barron and Barron, L.L.P., be allowed in the amount of $500.00.

**IT IS FURTHER ORDERED** that the fees of $500.00 held in trust shall be disbursed to Barron and Barron, L.L.P.

Signed on 07/11/2014

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                    Case No. 13-41306-btr
Kenneth J. Samansky                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0540-4          User: carterl           Page 1 of 1              Date Rcvd: Jul 11, 2014
                              Form ID: pdf400         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2014.
db             +Kenneth J. Samansky,    P.O. Box 1551,   Denton, TX 76202-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Toyota Motor Credit Corporation
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2014 at the address(es) listed below:
              Chelsea Marie Schneider    on behalf of Creditor   Bank of America, N.A. cschneider@mwzmlaw.com,
               txed@mwzmlaw.com
              Janna  Countryman3    on behalf of Trustee Janna L. Countryman, ECFch13plano@ch13plano.com
              Janna L. Countryman    on behalf of Trustee Janna L. Countryman, ECFch13plano@ch13plano.com
              Janna L. Countryman,    ECFch13plano@ch13plano.com
              Michael  Zientz    on behalf of Creditor   Bank of America, N.A. txed@mwzmlaw.com
              Robert E. Barron    on behalf of Debtor Kenneth J. Samansky ecffiling@rbarronlaw.com,
               ecffiling@yahoo.com
              Stephen  Wu    on behalf of Creditor   Bank of America, N.A. swu@mwzmlaw.com,  txed@mwzmlaw.com
              Stephen G. Wilcox    on behalf of Creditor   Toyota Motor Credit Corporation
               swilcox@basselwilcox.com,  kraudry@basselwilcox.com;krw77@sbcglobal.net;kraudry@wilcoxlaw.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 9