IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| KENNETH J. SAMANSKY | § | |
| xxx-xx-8594 | § | CASE NO. 13-41306 |
| 3001 N. TRINITY | § | |
| DENTON, TX 76208 | § | CHAPTER 13 |
| | § | |
| Debtor | | |

**MOTION FOR APPROVAL OF POST-PETITION ADMINISTRATIVE FEE**

TO THE HONORABLE JUDGE OF SAID COURT:

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

COMES NOW, Barron and Barron, L.L.P., by and through Robert E. Barron, attorney of record in the above-styled bankruptcy case and herewith files this Motion for Approval of Post-Petition Administrative Fee and in support would show the Court as follows:

1. Kenneth J. Samansky, Debtor, filed a Chapter 13 bankruptcy on May 22, 2013.

2. On June 12, 2014, the Debtor retained Barron and Barron, L.L.P. to file a Motion to Sell Real Estate. The agreed upon fixed fee was $650.00. Barron and Barron, L.L.P. received said fee which was placed in a trust account pending approval by the Court.

3. For this fixed fee, Barron and Barron, L.L.P. will prepare and file a Motion to Sell Real Estate, prepare and file a Witness and Exhibit List, and prepare and file a Motion for

Approval of Post-Petition Administrative Fee.  In addition, the fixed fee includes letter and/or telephone conferences with the Debtor(s) regarding Debtor(s) position, reviewing the Debtors' records, reviewing the creditor's records, telephone conferences with the creditor and/or their attorneys, reviewing possible settlement, reviewing the agreed order, and possible trial if a settlement can not be reached.

     4.     Since Barron and Barron, L.L.P. has or will shortly substantially complete all of the legal services required for the Motion to Sell Real Estate, Barron and Barron, L.L.P. seeks approval to withdraw the post-petition administrative fee from the trust account.

WHEREFORE, PREMISES CONSIDERED, Barron and Barron, L.L.P., respectfully prays that this Court approve the Motion for Approval of Post-Petition Administrative Fee and for such other and further relief, both general and specific, at law or in equity, to which the Debtor may show justly entitled.

Dated:  July 23, 2014

                Respectfully submitted,

                BARRON AND BARRON, L.L.P.
                P.O. Box 1347
                Nederland, TX 77627
                409-727-0073

                By: /s/ Robert E. Barron
                Robert E. Barron
                SBN: 01820800
                Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, a true and correct copy of the Motion for Approval of Post-Petition Administrative Fee shall be served via electronic means, if available, otherwise by regular, first class mail, to the following, and to the parties on the attached mailing matix. This service complies with Local Rules of Bankruptcy Procedure 9013(f).

**Kenneth J. Samansky**
P.O. Box 1551
Denton, TX 76202

**Janna L. Countryman**
P. O. Box 941166
Plano, TX 75094-1166

**Bank of America, N.A.**
c/o Chelsea Marie Schneider
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

**Toyota Motor Credit Corporation**
c/o Stephen G. Wilcox
P.O. Box 11509
Fort Worth, TX 76110-0509

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

/s/ Robert E. Barron
ROBERT E. BARRON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-41306<br>Eastern District of Texas<br>Sherman<br>Wed Jul 23 11:06:19 CDT 2014 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090-2036 | AT & T<br>c/o AFNI, Inc.<br>POB 3517<br>Bloomington, IL 61702-3517 |
| Ace Cash<br>8010 Spring Valley Road<br>Dallas, TX 75240-3848 | Affiliated Pathologists<br>POB 1867<br>Denton, TX 76202-1867 | Affiliated Pathologists<br>c/o Credit Systems<br>POB 1088<br>Arlington, TX 76004-1088 |
| Asset Acceptance<br>POB 1630<br>Warren, MI 48090-1630 | Atmos Energy<br>P.O. Box 790311<br>Saint Louis, MO 63179-0311 | Bank of America<br>7105 Corporate Dr.<br>Plano, TX 75024-4100 |
| Bank of America, N.A.<br>4500 PARK GRANADA<br>CALABASAS, CA 91302-1613 | Bankcard Services<br>POB 4477<br>Beaverton, OR 97076-4401 | Robert E. Barron<br>P.O. Box 1347<br>Nederland, TX 77627-1347 |
| Barron & Barron, LLP<br>P.O. Box 1347<br>Nederland, Texas 77627-1347 | Baylor Medical Center<br>5601 Warren Pkwy.<br>Frisco, TX 75034-4069 | Baylor Medical Center<br>c/o MNET Financial<br>95 Argonaut #280<br>Aliso Viejo, CA 92656-4140 |
| Baylor Medical Ctr<br>PO Box 951970<br>Dallas, TX 75395-1970 | Baylor Medical Ctr.<br>c/o DRS Collections<br>800 E. Campbell #399<br>Richardson, TX 75081-1862 | Baylor Medical-Carrollton<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Big D Lumber<br>301 S. Interurban St.<br>Richardson, TX 75081-4183 | Bluegreen Corp<br>4960 Conference Way<br>Boca Raton, FL 33431-4413 | COSERV<br>C/O Credit Systems Intl.<br>1277 Country Club Ln.<br>Fort Worth, TX 76112-2304 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Central Financial Control<br>PO Box 66051<br>Anaheim, CA 92816-6051 |
| Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | Chase<br>c/o Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 | Chase<br>c/o Northstat Location Services<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 |
| Citi Shell<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank<br>c/o FCF Services<br>PO Box 5629<br>Clearwater, FL 33758-5629 | Citifinancial<br>605 Mann Road<br>Fort Mill, SC 29715-8421 |

| | | |
|---|---|---|
| Janna L. Countryman<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Janna Countryman3<br>PO Box 941166<br>Plano, TX 75094-1166 | Credit Protection<br>13355 Noel Rd. 21st Floor<br>Dallas, TX 75240-6837 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover<br>c/o Capital Mgmt<br>726 Exchange St. #700<br>Buffalo, NY 14210-1464 | EZ Shop #5<br>10550 Walnut St.<br>Dallas, TX 75243-5346 |
| Enhanced Recovery<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | First Convenience Bank<br>POB 937<br>Killeen, TX 76540-0937 | Floors Unlimited<br>10771 Estate Ln.<br>Dallas, TX 75238-2338 |
| HSBC<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 | HSBC<br>c/o Regent & Assoc.<br>2650 Fountain View Dr.<br>Houston, TX 77057-7631 | Home Depot<br>c/o LTD Fiancial<br>7322 Southwest Fwy Ste 1<br>Houston, TX 77074-2010 |
| Home Pro<br>1325 Capital Pkwy. Ste 117<br>Carrollton, TX 75006-3645 | Hyphen Solutions<br>c/o Virtuoso Sourcing Group<br>3033 S. Parker Rd. Ste. 1000<br>Aurora, CO 80014-2919 | IRS<br>P O Box 7346<br>Philadelphia, PA  19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems<br>16 McLeland<br>Saint Cloud, MN 56303-2160 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Joseph Fletchor MD<br>3327 Colorado Blvd. #100<br>Denton, TX 76210-6866 | Joseph Fletchor MD<br>c/o DIF Services<br>PO Box 29818<br>Dallas, TX 75229-0818 | Kwal Paint<br>6300 Independence Pkwy #E<br>Plano, TX 75023-4021 |
| Laboratory Corp of America<br>POB 2240<br>Burlington, NC 27216-2240 | Maryland National Bank<br>225 N. Calvert St.<br>Baltimore, MD 21202-3504 | Maxima Construction<br>po Box 978<br>Allen, TX 75013-0016 |
| Medical Center of Lewisville<br>c/o Financial Corp of America<br>PO Box 203500<br>Austin, TX 78720-3500 | Medical Imaging of Dallas<br>POB 814129<br>Dallas, TX 75381-4129 | NTTA<br>P.O. Box 660244<br>Dallas, TX 75266-0244 |
| Northern Resolution<br>P.O. Box 566<br>Amherst, NY 14226-0566 | Pittsburg Paint<br>5500 Corporate Dr.<br>Pittsburgh, PA 15237-5848 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Kenneth J. Samansky<br>P.O. Box 1551<br>Denton, TX 76202-1551 | Sandra Owen<br>5532 Big River Dr.<br>The Colony, TX 75056-3778 | Chelsea Marie Schneider<br>Mackie Wolf Zientz & Mann, P.C.<br>14160 North Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 |
| Service King Frisco<br>8861 West Main St.<br>Frisco, TX 75034-3082 | Southwest Credit Systems<br>4120 International Pkwy. Ste 1100<br>Carrollton, TX 75007-1958 | TXU<br>PO Box 650700<br>Dallas, TX 75265-0700 |
| (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Texas Radiology<br>c/o Synerprise Consulting<br>POB 957<br>Mission, KS 66201-0957 | Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778-0001 |
| Title Max<br>501 N. Interstate 35E Frontage Rd<br>Denton, TX 76206 | Touchstone of Oaktree<br>1435 S. Loop 288 #101<br>Denton, TX 76205-4701 | Touchstone of Oaktree<br>c/o Professional Finance<br>5754 W. 11th Ste 100<br>Greeley, CO 80634-4811 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | Trinity Medical Center<br>c/o Central Financial<br>POB 8309B<br>Birmingham, AL 35218 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney General<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney's Office<br>110 North College Ave., Ste 700<br>Tyler, Texas 75702-0204 | Verizon<br>POB 920041<br>Dallas, TX 75392-0041 | Washington Mutual<br>c/o Equinox Collection<br>5807 S. Garrett Rd. Ste 'L'<br>Tulsa, OK 74146-6824 |
| Wells Fargo<br>c\o Asset Acceptance<br>PO Box 1630<br>Warren, MI 48090-1630 | Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls  SD 57104-0422 | West Asset Management<br>2703 N. Highway 75<br>Sherman, TX 75090-2567 |
| West Asset Management<br>c/o Denton Regional<br>PO Box 740782<br>Cincinnati, OH 45274-0782 | Stephen G. Wilcox<br>Bassel & Wilcox P.L.L.C.<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 | Stephen Wu<br>Mackie, Wolf, Zientz and Mann<br>14160 North Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 |
| Michael Zientz<br>Mackie Wolf & Zientz, P.C.<br>14160 N. Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85520
Richmond, VA 23285

Discover
POB 15316
Wilmington, DE 19850

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TXU Energy
200 W. John Carpenter Fwy.
Irving, TX 75039

(d)TXU Energy
P.O. Box 650638
Dallas, TX 75265

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(d)Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

(u)Toyota Motor Credit Corporation

End of Label Matrix
Mailable recipients    87
Bypassed recipients     3
Total                  90