IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
KENNETH J. SAMANSKY §
xxx-xx-8594 § CASE NO.13-41306
3001 N. TRINITY § CHAPTER 13
DENTON, TX 76208 §
§

_____/ *Debtor*

*Attorney for Debtor: Robert E. Barron #01820800*

### *SUPPLEMENTAL STATEMENT PURSUANT TO RULE 2016(b)*

*The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:*

*1.    The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:*

*For legal services rendered, Debtor(s) agrees to pay            $650.00*
*Prior to the filing of this Statement, Debtor(s) has paid       $650.00*
*Balance due                                                        0.00*

*2.    The filing fee has been paid.*

*3.    The Services rendered or to be rendered include the following:*
*Motion to Sell Real Estate*

*4.    The source of payments made by the Debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.*

*5.    The undersigned has received no transfer, assignment or pledge of property from the Debtor(s) except the following for the value stated:  None.*

*6.    The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows:  None.*

*Dated:*  July 23, 2014                                    *Respectfully submitted,*

*/s/ Robert E. Barron*
*Robert E. Barron #01820800*
*Barron & Barron, L.L.P.*
*P.O. Box 1347*
*Nederland, Texas 77627*
*ATTORNEY FOR DEBTOR*