

07/28/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>KENNETH J. SAMANSKY<br>xxx-xx-8594<br>P.O. BOX 1551<br>DENTON, TX 76202<br><br>DEBTOR | §<br>§<br>§ CASE NO. 13-41306<br>§<br>§ CHAPTER 13<br>§<br>§<br>§ |

## ORDER AVOIDING JUDICIAL LIEN

Upon the motion of KENNETH J. SAMANSKY, Debtor herein, to avoid the fixing of the Judicial Lien of TEXAS WORKFORCE COMMISSION on the property described herein and notice having been given to the Trustee and TEXAS WORKFORCE COMMISSION pursuant to the United States Bankruptcy Code and the Bankruptcy Rules and no request for hearing having been made, and the Court being satisfied that the motion of the Debtors is unopposed and should be approved, it is

ORDERED that the Judicial Lien of TEXAS WORKFORCE COMMISSION be and hereby is AVOIDED as to the Debtor's interest in all real property claimed and allowed as exempt in this case, including the interest of the Debtor in the real property more particularly described as A0328A W. DABBS, TR 56, 2.75 ACRES in the deed records of Denton, Texas if so exempt.

Signed on 7/28/2014

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE