August 15, 2014

Clerk
US Bankruptcy Court
660 N Central Expwy, Suite 300
Plano, TX  75074

Re:	No. 13-41306; Kenneth J. Samansky, Debtor

Dear Clerk:

Please be advised the above Debtor has moved.  Their new mailing address is:

> 3001 N. Trinity Rd.
> Denton, TX 76208

> Very truly yours,

> /s/ Robert E. Barron
> Robert E. Barron

REB/jw

C:	Janna L. Countryman, Trustee
	Mr. Kenneth J. Samansky